UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **O.B. DAVIS, JR.** | * | **DOCKET NO. 15-cv-2564** |
| D.O.C. # 106316 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **STATE OF LOUISIANA** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the motion for production of documents embodied within the petition is **DENIED.**

Lake Charles, Louisiana, this 15 day of June, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE